UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-5187-BRO (PLAx)                                    Date  December 5, 2014

Title: What RU Holding, LLC v. Bouncing Angels, Inc., et al.

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                          NONE

**PROCEEDINGS:**          ( IN CHAMBERS)

Based on the representations contained in the parties' Confidential Settlement Conference Statements, plaintiff and defendants are **ordered to show cause, no later than December 9, 2014**, why the settlement conference scheduled for December 11, 2014, should not be taken off calendar, and sanctions imposed, for the parties' apparent failure to comply with paragraph 8 of the Court's October 29, 2014, Order re Settlement Conference.

cc:       Counsel of Record

Initials of Deputy Clerk____ch____