LINK:

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | **CV 14-05187-BRO (PLAx)** | Date | November 19, 2015 |
|---|---|---|---|
| Title | **WHATRU HOLDING, LLC ET AL. V. BOUNCING ANGELS, INC. ET AL.** | | |

Present: The Honorable      **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                         Not Present

**Proceedings:**        (IN CHAMBERS)

## ORDER TO FILE STATEMENT OF
## UNCONTROVERTED FACTS AND RESPONSE,
## AND ORDER TO SHOW CAUSE RE: SANCTIONS

Plaintiffs WhatRU Holding, LLC and Great Air, Inc. (collectively, "Plaintiffs") filed a Motion for Summary Judgment to Pierce the Corporate Veil of Defendant Bouncing Angels, Inc. on October 26, 2015. (Dkt. No. 183.) Under this Court's Standing Order, the "parties are to comply precisely with Local Rule 56-1 through 56-4." (Dkt. No. 71 ("Standing Order") ¶ 8.c.) Local Rule 56-1 explains that a "party filing a notice of motion for summary judgment . . . shall lodge a proposed 'Statement of Uncontroverted Facts and Conclusions of Law.' Such proposed statement shall set forth the material facts as to which the moving party contends there is no genuine dispute." C.D. Cal. L.R. 56-1. The Standing Order provides additional details regarding the required format for the Statement of Undisputed[1] Facts. (Standing Order ¶ 8.c.i.) Plaintiffs failed to lodge any proposed Statement of Uncontroverted Facts in support of their Motion. (*See* Dkt. No. 183.)

Defendants Bouncing Angels, Inc. and EZ Inflatables, Inc. (collectively, "Defendants") argue that the Court should therefore deny Plaintiffs' Motion as procedurally defective. (Dkt. No. 186 at 2–3.) Plaintiffs' Reply did not address their failure to follow the Local Rules of this District and/or the Court's Standing Order. (*See* Dkt. No. 187.) Although the Court has already admonished the Parties that it "expects all parties to abide by its rules, including those set forth in its Standing Order," (Dkt. No.

---

[1] The Court uses the terms "Uncontroverted" and "Undisputed" interchangeably.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | **CV 14-05187-BRO (PLAx)** | Date | November 19, 2015 |
|---|---|---|---|
| Title | **WHATRU HOLDING, LLC ET AL. V. BOUNCING ANGELS, INC. ET AL.** | | |

131[2]), the Court is disinclined to strike Plaintiffs' Motion for Summary Judgment for this reason.

As such, the Court **ORDERS** Plaintiffs to file a separate Statement of Undisputed Facts, pursuant to the Local Rules and this Court's Standing Order. Plaintiffs shall also file amended motion and reply briefs, adding *only* citations to the relevant paragraph(s) in the separate Statement. Plaintiffs must file these documents **on or before Monday, November 23, 2015, at 4:00 p.m.**

The Court also **ORDERS** Defendants to file their response to Plaintiffs' separate Statement and a Statement of Genuine Issues, if any. If Defendants choose to file any such documents, Defendants shall also file an amended opposition brief, adding *only* citations to the relevant paragraph(s) in their Statement of Genuine Issues. Defendants must file these documents **on or before Wednesday, November 25, 2015, at 9:00 a.m.**

Despite previously having filed a Statement of Uncontroverted Facts, in support of Plaintiffs' first Motion for Summary Judgment, (*see* Dkt. No. 129-3), Plaintiffs have failed to follow this Court's Standing Order for a second time. Plaintiffs are therefore **ORDERED TO SHOW CAUSE** why the Court should not sanction Plaintiffs for failing to comply with its Standing Order. Plaintiffs' response to this order to show cause must be filed **no later than Monday, November 23, 2015, at 9:00 a.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiffs' failure to comply with this Court's Standing Order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |

---

[2] In its Order Continuing Plaintiffs' Motion for Summary Judgment, the Court found that Plaintiffs' improperly noticed their motion, pursuant to this Court's Standing Order.