Jeffrey S. Kravitz (SBN 66481)
   jskravitz@foxrothchild.com
Ashe Puri (SBN 297814)
   apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:   310-598-4150
Facsimile:   310-556-9828

Attorneys for Plaintiffs and Counter-Defendants, WHATRU HOLDING, LLC and GREAT AIR, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATRU HOLDING, LLC, A Minnesota Limited Liability Company, and GREAT AIR, INC., A Minnesota Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOUNCING ANGELS, INC., a California corporation, EZ INFLATABLES, INC., a California corporation, HOVICK HAYTAIAN, an individual, and DOES 1-10 inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 2: 14-CV-05187-BRO-PLA<br><br>Hon. Judge Beverly Reid O'Connell<br><br>**ORDER ON STIPULATION TO DISMISS**<br><br>Complaint filed:    8/29/14 |

     Pursuant to Fed. R. Civ. P. 41(a)(2), the parties stipulate to dismiss this action in its entirety, with prejudice, subject to the terms of the parties' confidential settlement agreement entered on December 15, 2015 on the record before Magistrate Judge Gandhi (Dkt. No. 212), over which this Court has retained jurisdiction to enforce, if necessary.

     SO STIPULATED.

Dated: December 18, 2015     FOX ROTHSCHILD LLP

By /s/ Ashe Puri
Jeffrey S. Kravitz
Ashe Puri
Attorney for Plaintiffs and Counter-Defendants, WHATRU HOLDING, LLC and GREAT AIR, INC.

Dated: December 18, 2015     ONE LLP

By /s/ Stephen Lobbin
Stephen M. Lobbin
Attorney for Defendants and Counter-Claimants, BOUNCING ANGELS, INC., EZ INFLATABLES, INC., and HOVICK HAYTAIAN

     I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 18, 2015     /s/ Ashe Puri
Ashe Puri

**IT IS SO ORDERED.**

DATED: December 18, 2015

UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS
2
ACTIVE 38009765v1 12/18/2015